**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

1:26CR20 AW/ML

**BRYAN JAMES SHUPING**

________________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 18, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT TWO**

On or about June 30, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage

FILED USDC FLND GV
MAY 26 '26 PM12:12

in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT THREE**

On or about July 6, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT FOUR**

On or about July 7, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT FIVE**

On or about July 8, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT SIX**

On or about July 9, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT SEVEN**

On or about July 11, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT EIGHT**

On or about July 12, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT NINE**

On or about July 15, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped

and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT TEN**

On or about July 19, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT ELEVEN**

On or about July 20, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT TWELVE**

On or about July 25, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT THIRTEEN**

On or about August 2, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly and intentionally employ, use, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT FOURTEEN**

On or between June 18, 2025, and September 4, 2025, in the Northern District of Florida, the defendant,

**BRYAN JAMES SHUPING,**

did knowingly possess material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**CHILD EXPLOITATION FORFEITURE**

The allegations contained in Counts One through Fourteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts One through Fourteen of this Indictment, the defendant,

**BRYAN JAMES SHUPING,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A. Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Fourteen of this Indictment; and

C. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Fourteen of this Indictment.

D. The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

Redacted

FOREPERSON

May 24, 2026

DATE

JOHN P. HEEKIN
United States Attorney

TYLER A. FLEMING
Assistant United States Attorney